UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SYED AHMED,<br>     Plaintiff,<br><br>VS.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br>and<br>AIG PROPERTY CASUALTY COMPANY<br>     Defendants. | )<br>)<br>) **CASE NO.**   3:23-cv-662-RGJ<br>) Removed from Jefferson Circuit Court<br>)  Civil Action No. 23-CI-007252<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOVAL

For its Notice of Removal of this action from Jefferson Circuit Court, Louisville, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, the Defendant, FedEx Ground Package System, Inc. ("FedEx Ground"), by counsel, hereby states as follows:

1. On November 24, 2023, the Plaintiff, Syed Ahmed, filed a Complaint in the Jefferson Circuit Court, Civil Action No. 23-CI-007252.  Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a), as amended by the Judicial Improvement and Access to Justice Act, Pub.L. 100-702 (H.R. 4807) § 1016 at 102 stat.4642, 4669-70 (Nov. 1988).

2. The Plaintiff is a citizen of Kentucky.

3. The Plaintiff further alleges that his domicile is and at all times relevant hereto has been, including the time of the filing of the Notice of Removal and the time of the commencement of the civil action listed, located in Jefferson County, Kentucky.

4. The Defendant, FedEx Ground, is and at all times relevant hereto has been, including the time of the filing of the Notice of Removal and the time of the

commencement of the civil action listed, a foreign corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in Pennsylvania.

5. The Plaintiff is not a citizen of Delaware or Pennsylvania.

6. FXG is not a citizen of Kentucky.

7. AIG is not a citizen of Kentucky.

8. The amount in controversy, without interest and costs, exceeds the sum or value specified by U.S.C. § 1332.

9. Accordingly, there exists complete diversity and this action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a)(1) and is one that the Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441, because the Defendant is not a citizen of the Commonwealth of Kentucky.

10. Removal is also appropriate pursuant to 28 U.S.C. § 1332(a)(1), as the Plaintiff has placed in controversy an amount in excess of $75,000.00, exclusive of interest and costs.

11. This Defendant's Notice of Removal was filed within thirty (30) days of the Defendants becoming aware of the removability of this case as required by 28 U.S.C. § 1446(b).

12. Defendant AIG has consented to removal and there is therefore unanimity to removal among all named and served Defendants.

Dated:  December 19, 2023

Respectfully Submitted,

*/s/Michael T. Davis*
Michael T. Davis (KBA# 89457)
**KOPKA PINKUS DOLIN PC**
301 E. Main Street, Suite 400
Lexington, KY 40507
Phone: (859) 368-8999
Fax: (859) 368-3772
mtdavis@kopkalaw.com
*Counsel for Defendant, FedEx Ground Package System, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and further certify that a true and accurate copy was served electronically to the following:

Kenneth A. Bohnert, Esq.
Maureen P. Taylor
CONLIFE SANDMANN & SULLIVAN
250 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
kbohnert@cssattorneys.com
mtaylor@cssattorneys.com
*Counsel for Plaintiff*

AIG PROPERTY CASUALTY COMPANY
175 Water Street 15th Floor
New York, NY 10038

   */s/ Michael T. Davis*
MICHAEL T. DAVIS